1

2

3                   **UNITED STATES DISTRICT COURT**

4                   **EASTERN DISTRICT OF CALIFORNIA**

5

6    **MARCELONE HUGHES,**                    **CASE NO.  1:02-CR-5370 AWI**
                                              **(1:16-CV-0772 AWI)**
7                        **Petitioner,**

8              **v.**                         **ORDER STAYING CASE**

9    **UNITED STATES OF AMERICA,**

10                       **Respondent.**

11   _____

12

13          On June 2, 2016, the Ninth Circuit granted Petitioner permission to file a successive 28

14   U.S.C. § 2255 petition.  See Cr. Doc. No. 114.  Petitioner's petition implicates *Johnson v. United*

15   *States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, S.Ct. 1257 (2016).  See id.  As part of

16   the Ninth Circuit's order, the Ninth Circuit indicated that this Court may wish to stay this case

17   pending the Ninth Circuit's resolution of *United States v. Begay* (Appeal No. 15-10080).  See

18   Crim. Doc. No. 114.  The Court believes that it is prudent to follow the Ninth Circuit's suggestion,

19   and will stay this matter pending the Ninth Circuit's resolution of *Begay*.

20

21          Accordingly, IT IS HEREBY ORDERED that this matter is STAYED pending resolution

22   by the Ninth Circuit Court of Appeals of *United States v. Begay* (Appeal No. 15-10080).

23

24   IT IS SO ORDERED.

25   Dated:   June 7, 2016             _____

26                                         SENIOR  DISTRICT  JUDGE

27

28