HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Petitioner
MARCELONE HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:02-cr-5370 AWI |
|---|---|
| Plaintiff-Respondent, | ) **[UNDER SEAL]** |
| vs. | ) [~~PROPOSED~~] SEALING ORDER |
| MARCELONE HUGHES, | ) |
| Defendant-Petitioner. | ) JUDGE: Anthony W. Ishii |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant-Petitioner's Motion to Lift the Two Stayed Matters in his Case shall be filed ***under seal*** until further order of the court.

IT IS SO ORDERED.

Dated:  March 13, 2018

_____
SENIOR DISTRICT JUDGE

Hughes Proposed Sealing Order