# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELONE HUGHES,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 1:02-CR-5370 AWI<br>(1:16-CV-0772 AWI)<br><br>**ORDER LIFTING STAY AND ORDER FOR UNITED STATES TO RESPOND** |

On June 2, 2016, the Ninth Circuit granted Petitioner permission to file a successive 28 U.S.C. § 2255 petition. See Cr. Doc. No. 114. Petitioner's petition implicates *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, S.Ct. 1257 (2016). See id. As part of the Ninth Circuit's order, the Ninth Circuit indicated that this Court may wish to stay this case pending the Ninth Circuit's resolution of *United States v. Begay* (Appeal No. 15-10080). See Crim. Doc. No. 114.

On June 7, 2016, the Court followed the Ninth Circuit's suggestion and stayed this case. See Doc. No. 116.

On March 27, 2018, Petitioner filed a motion to lift the stay. As part of the briefing, Petitioner notes that he not only has a Section 2255 petition pending, but also an application for a writ of mandamus which seeks to compel the United States Attorney to file a Federal Rule of Criminal Procedure 35(b) motion to reduce sentence. Petitioner points out *inter alia* that he has 39 months left on his sentence, and considering the delays that are possible even if he is granted relief, he will be prejudiced if the stay is not lifted and his two pending matters are not addressed.

*Begay* has been pending for well over a year, and it is not clear when an opinion will actually issue. Further, Petitioner has two matters pending before the Court that could have consequences on Petitioner's sentence. Given the uncertainty surrounding *Begay*, Petitioner's petition and application, and Petitioner's remaining sentence, the Court concludes there is at least a fair probability that Petitioner will be harmed by continuing the stay. See Dependable Highway Express, Inc. v. Navigators Ins. Co., 498 F.3d 1059, 1066 (9th Cir. 2007) (quoting Landis v. North American Co., 229 U.S. 248, 255 (1936)). Therefore, the Court finds that it is appropriate to lift the stay and order responses from the United States.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this case is LIFTED;
2. Within fourteen (14) days of service of this order, the United States shall file a response to Petitioner's application for writ of mandamus (Doc. No. 104) and Petitioner's 28 U.S.C. sec. 2255 petition (Doc. No. 118);
3. Within ten (10) days of service of the United States' response, Petitioner shall file a reply.

IT IS SO ORDERED.

Dated:   March 29, 2018                         _____
                                                 SENIOR DISTRICT JUDGE