| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | PEGGY SASSO, Bar #228906 |
| 3 | Assistant Federal Defender |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | |
| | Attorneys for Defendant |
| 7 | MARCELONE HUGHES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:02-cr-05370-AWI-EPG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| | ) | Date: August 8, 2018 |
| MARCELONE HUGHES, | ) | Time: 1:30 p.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for August 2, 2018, may be continued until August 8, 2018, at 1:30 p.m., before the Honorable Anthony W. Ishii.

The parties have reached a resolution of all of Mr. Hughes's cases, motions, writs, appeals, etc. and should have the agreement conformed and filed in the near future.

The requested continuance is with the intention of conserving time and resources for both parties and the court. Because Mr. Hughes is post-conviction, no time exclusion is necessary under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

```
                                    Respectfully submitted,

                                    McGREGOR SCOTT
                                    United States Attorney

DATED: August 1, 2018        By:    /s/ *Duce Rice*
                                    DUCE RICE
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: August 1, 2018        By:    /s/ *Charles J. Lee*
                                    CHARLES J. LEE
                                    PEGGY SASSO
                                    Assistant Federal Defenders
                                    Attorneys for Defendant
                                    MARCELONE HUGHES
```

**O R D E R**

IT IS SO ORDERED.

Dated: August 1, 2018                    _____
                                         SENIOR DISTRICT JUDGE