PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCELONE HUGHES,<br><br>　　　　　　　　Defendant. | CASE NO. 1:02-CR-05370 AWI<br><br>STIPULATION TO SET A BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO MODIFY RESTITUTION ORDER |

　　　The United States, through Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, and Peggy Sasso and Charles Lee, attorneys for Defendant, have stipulated to an briefing schedule on Defendant's Motion to Modify a Restitution Order as follows: the government's response to Defendant's Motion to Modify Restitution Order is due on September 8, 2021; and any reply will be due on or before September 29, 2021. On Tuesday, August 17, 2021, the government became aware the defense filed this motion. Upon becoming aware of this, the government searched its e-mail and found no ECF notice for this case alerting it to the August 18 deadline. The assigned AUSA no longer is with the office. The government contacted defense and asked if defense opposed a

///

Stipulation　　　　　　　　　　　　　　　1

request for the government's response to be due on September 8, 2021.  Defense did not oppose, and requested September 29, 2021 as a reply date.

Dated:  August 18, 2021             Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By     /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated:  August 18, 2021             /s/ Peggy Sasso
PEGGY SASSO and CHARLES LEE
Attorneys for Defendant

**ORDER**

It is Ordered that the government may file its opposition on or before September 8, 2021 and the defense may file any response on or before September 29, 2021.

IT IS SO ORDERED.

Dated:   August 19, 2021          _____
SENIOR DISTRICT JUDGE

Stipulation                                      2